**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHELE HENRY, | : | |
|     Plaintiff, | : | Civil Action |
| | : | |
| v. | : | No. 2:19-cv-05024-CDJ |
| | : | |
| HOMESIDE FINANCIAL LLC, DAN | : | *Electronically Filed* |
| SNYDER, BRIAN ZIEMER, and | : | |
| LAUREN RANDALL | : | |
|     Defendants. | : | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed by counsel for the Plaintiff Michele Henry and opt-in Plaintiffs Talia Bryant, Wendy Clemson and Margaret Layne and counsel for Defendants Homeside Financial LLC, Dan Snyder, Brian Ziemer, and Lauren Randall, (hereinafter "Defendants"), that this matter is dismissed, without prejudice, without fees or costs to any party, with leave to reinstate via motion filed by August 17, 2020. If no motion to reinstate is filed by August 17, 2020, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ *Lee Albert* | /s/ *Clark Whitney* |
| Lee Albert (I.D. No.046852) | Clark Whitney (I.D. No. 201052) |
| Glancy Prongay & Murray | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 230 Park Avenue, Suite 530 | 1735 Market Street, Suite 3000 |
| New York, NY  10169 | Philadelphia, PA  19103 |
| P: (212) 682-5340 | P: (215) 995-2815 |
| F: (212) 884-0988 | F: (215) 995-2801 |
| lalbert@glancylaw.com | clark.whitney@ogletreedeakins.com |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| Dated: June 15, 2020 | Dated: June 15, 2020 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE HENRY, : | |
| : | Civil Action |
| Plaintiff, : | |
| : | No. 2:19-cv-05024-CDJ |
| v. : | |
| : | *Electronically Filed* |
| HOMESIDE FINANCIAL LLC, DAN : | |
| SNYDER, BRIAN ZIEMER, and : | |
| LAUREN RANDALL : | |
| : | |
| Defendants. : | |

### **CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of June 2020, a true and correct copy of the foregoing Joint Stipulation of Dismissal without Prejudice was e-mailed to the Clerk of Court. Additionally, I caused a true and correct copy of the same to be served via Electronic Mail on Plaintiff's counsel:

Lee Albert, Esquire
Glancy Prongay & Murray
230 Park Avenue
Suite 530
New York, NY  10169
lalbert@glancylaw.com

**OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.**


*/s/ Clark Whitney*
Clark Whitney

43188186.2

2